IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00227-MR

RICKY L. HEFNER,            )
                            )
            Plaintiff,      )
                            )
vs.                         )
                            )
JOHNATHAN HEATH JONES, et al., )    **ORDER**
                            )
            Defendants.     )
_____ )

**THIS MATTER** is before the Court on the Plaintiff's *pro se* "Request to File Amendment to Complaint." [Doc. 10].

The *pro se* incarcerated Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred on June 12, 2018 in Sylva, North Carolina. The Complaint [Doc. 1] has not yet been reviewed for frivolity. In the instant Request, which is construed as a Motion for Leave to Amend the Complaint, the Plaintiff seeks an "extension of time" until December 30, 2021 to file an Amended Complaint. [Doc. 10 at 2].

The Plaintiff's Motion to Amend will be denied as moot because he may amend as a matter of right. Fed. R. Civ. P. 15. However, the Court will refrain from screening the Complaint for frivolity until December 30, 2021 as

a courtesy. Should the Plaintiff fail to file an Amended Complaint by that date, the Court will proceed on the original Complaint.

**IT IS, THEREFORE, ORDERED** that the Request to File Amendment to Complaint [Doc. 10] is construed as a Motion to Amend and is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: December 7, 2021

Martin Reidinger
Chief United States District Judge